**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Michael**<br>First name<br><br>**James**<br>Middle name<br><br>**Schouten**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA  Mission Dairy** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0792** | |

Debtor 1   **Michael James Schouten**                                   Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

About Debtor 1:

**3850 County Road 21**
**Hereford, TX 79045**
Number, Street, City, State & ZIP Code

**Deaf Smith**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2:

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Michael James Schouten**                                        Case number *(if known)*

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| | Debtor | | Relationship to you | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |
| | Debtor | | Relationship to you | |
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    **Michael James Schouten**                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☑ Yes.    Name and location of business

**Mission Dairy**
Name of business, if any

**3850 County Road 21**
**Hereford, TX 79045**
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☑ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    **Michael James Schouten**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Michael James Schouten**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☑ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Michael James Schouten**
_____        _____
**Michael James Schouten**                           Signature of Debtor 2
Signature of Debtor 1

Executed on    **April 27, 2023**                      Executed on    _____
MM / DD / YYYY                                              MM / DD / YYYY

---

Debtor 1   **Michael James Schouten**                                    Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Eric A. Liepins**                                    Date    **April 27, 2023**

Signature of Attorney for Debtor                                       MM / DD / YYYY

**Eric A. Liepins**

Printed name

**Eric A. Liepins**

Firm name

**12770 Coit Road**
**Suite 850**
**Dallas, TX 75251**

Number, Street, City, State & ZIP Code

Contact phone   **972-991-5591**                    Email address   **eric@ealpc.com**

**12338110 TX**

Bar number & State

---

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Michael James Schouten** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                              12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**
**Baxter Commodities**
**450 East Road 13**
**Johnson, KS 67855**

What is the nature of the claim? _____   $216,262.50

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                  _____

_____
Contact
_____
Contact phone

**2**
**Farm Credit Leasing Services Corporation**
**600 Highway 169 S**
**Suite 300**
**Minneapolis, MN 55426**

What is the nature of the claim? _____   $276,938.90

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)   $276,938.90
        Value of security:              - **$0.00**

_____
Contact

| Debtor 1 | **Michael James Schouten** | Case number *(if known)* | |
|---|---|---|---|
| Contact phone | | Unsecured claim | $276,938.90 |

---

**3**

**Gavilon Ingredients, LLC**
P.O. Box 1573
Hereford, TX 79045

**What is the nature of the claim?**      $180,908.98

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact

Contact phone

---

**4**

**Genex Cooperative**
P.O. Box 469
Shawano, WI 54166-0469

**What is the nature of the claim?**      $75,670.45

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact

Contact phone

---

**5**

**Genske, Mulder & Company**
4150 E. Concours Street
Ste. 250
Ontario, CA 91764

**What is the nature of the claim?**      $28,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

Contact

Contact phone

---

Debtor 1    **Michael James Schouten** _____    Case number *(if known)* _____

---

**6**    **Hilmar Ingredients**
8901 Lander Ave
Hilmar, CA 95324

What is the nature of the claim? _____    $63,867.45

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____

Contact _____

Contact phone _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -_____
  Unsecured claim _____

---

**7**    **Loewen Welding & Manufacturing**
P.O. Box 66
Stn Matsqul, Abottsford
BC V4X 342

What is the nature of the claim? _____    $35,039.74

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____

Contact _____

Contact phone _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -_____
  Unsecured claim _____

---

**8**    **Miguel Transport Inc**
3972 US Highway 385
Hereford, TX 79045

What is the nature of the claim? _____    $51,017.60

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

_____

Contact _____

Contact phone _____

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -_____
  Unsecured claim _____

---

**9**    **NAU Country Insurance Co.**
P.O. Box 860057
Minneapolis, MN 55486-0057

What is the nature of the claim? _____    $219,592.27

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

Does the creditor have a lien on your property?
- ☒ No

---

Debtor 1    **Michael James Schouten** _____    Case number *(if known)* _____

Contact _____

Contact phone _____

☐ Yes. Total claim (secured and unsecured) _____
Value of security: _____
- 
Unsecured claim _____

---

| 10 | | | |
|---|---|---|---|

**Nutrient AG Services**
P.O. Box 1416
Dumas, TX 79029

**What is the nature of the claim?** _____    $104,125.86

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured)
Value of security: _____
- 
Unsecured claim _____

Contact phone _____

---

| 11 | | | |
|---|---|---|---|

**Pete and Nova Schouten**
3728 County Road
Hico, TX 76457

**What is the nature of the claim?** _____    $179,825.40

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured)
Value of security: _____
- 
Unsecured claim _____

Contact phone _____

---

| 12 | | | |
|---|---|---|---|

**PHI Financial Services, Inc**
P.O. Box 733260
Dallas, TX 75373-3260

**What is the nature of the claim?** _____    $75,221.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact _____

☐ Yes. Total claim (secured and unsecured)
Value of security: _____
- 
Unsecured claim _____

Contact phone _____

---

| 13 | | | |
|---|---|---|---|

**Reinhert Hay Company, LLC**
P.O. Box 16
Dawn, TX 79025

**What is the nature of the claim?** _____    $783,332.72

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor 1 | **Michael James Schouten** | Case number *(if known)* | |

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**14**

**Simplot Grower Solutions**
P.O. Box 1588
Dumas, TX 79029-1568

What is the nature of the claim?    $88,164.61

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**15**

**Specialty Sales, LLC**
4672 E. Drummond Avenue
Fresno, CA 93725

What is the nature of the claim?    $34,542.08

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**16**

**Unruh Hay Co.**
2036 30th Road
Copeland, KS 67837

What is the nature of the claim?    $65,591.96

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -
    Unsecured claim

Contact

Contact phone

---

**17**

What is the nature of the claim?    $168,683.10

---

Debtor 1    **Michael James Schouten** _____    Case number *(if known)* _____

---

**Viterra USA Ingredients**
**P.O. Box 1593**
**Hereford, TX 79045**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim   _____

---

| 18 | **Watley Seed Co.** | **What is the nature of the claim?** _____ | **$31,326.26** |

**Watley Seed Co.**
**P.O. Box 51**
**Spearman, TX 79081**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim   _____

---

| 19 | **Western Edge** | **What is the nature of the claim?** _____ | **$288,697.26** |

**Western Edge**
**P.O. Box 423**
**Vega, TX 79092**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim   _____

---

| 20 | **Winget Pump & IRRG Inc.** | **What is the nature of the claim?** _____ | **$103,754.42** |

**Winget Pump & IRRG Inc.**
**3971 US Highway 60**
**Hereford, TX 79045**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

_____

Contact _____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured) _____

---

Debtor 1   **Michael James Schouten**                                     Case number *(if known)* _____

_____                 Value of security:                        -  _____
Contact phone                                  Unsecured claim                              _____

---

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Michael James Schouten**                        X  _____
    **Michael James Schouten**                                Signature of Debtor 2
    Signature of Debtor 1


    Date   **April 27, 2023**                                Date  _____

Ace American Insurance Company
P.O Box 251749
Plano, TX 75025


AgriTex Gas


AgSure Insurance Specialists
5501 Eagle Rock Ave
Suite A-1
Albuquerque, NM 87113


Airgas USA, LLC
P.O. Box 734671
Dallas, TX 75373-4671


Amercian Express
P.O. Box 6031
Carol Stream, IL 60197


Animal Health International
P.O. Box 561305
Denver, CO 80256-1305


Audie Scumbato, Esq.
146 Nueces St
Hereford, TX 79045


Baird Family Management, LLC
813 8th Street
Suite 300
Wichita Falls, TX 76301


Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Baxter Commodities
450 East Road 13
Johnson, KS 67855


BJM Sales & Service
P.O. Box 1073
Hereford, TX 79045


Capital Farm Credit
300 Braircrest Drive
Suite 601
Bryan, TX 77802


CHS Service Center
P.O. Box 1598
Hereford, TX 79045


Clay Rollins, DMV, PCA
Vega Veterinary Services
P.O. Box 700
Vega, TX 79092


Crop Quest
P.O. Box 1715
Dodge City, KS 67801


DHI Company


Discover
P.O. Box 15316
Wilmington, DE 19850


DLL
P.O. Box 2000
Johnston, IA 50131

DLL Finance LLC


Enviro-Ag Engineering Inc.
3404 Airways Blvd
Amarillo, TX 79118


Farm Credit Leasing Services Corporation
600 Highway 169 S
Suite 300
Minneapolis, MN 55426


Federal Express
P.O. Box 660481
Dallas, TX 75266-0481


First Financial Bank
P.O. Box 701
Abilene, TX 79604


Gavilon Ingredients, LLC
P.O. Box 1573
Hereford, TX 79045


Genex Cooperative
P.O. Box 469
Shawano, WI 54166-0469


Genske, Mulder & Company
4150 E. Concours Street
Ste. 250
Ontario, CA 91764


Genworth Life & Annuity
P.O. Box 740118
Cincinnati, OH 45274-0118

Goodin Fuels, Inc
103 Veteran Rd
Hereford, TX 79045


Hereford Grain Corp
600 W 1st St
Hereford, TX 79045


Hi-Pro Feeds LLC
P.O. Box 375
Highland, IL 62249


High Plains Silage, LLC
9595 North Highway 52
Horseshoe Bend, ID 83629


Hilmar Ingredients
8901 Lander Ave
Hilmar, CA 95324


Hughes Brothers Equipment, LLC
583 US Highway 70
Clovis, NM 88101


Internal Revenue Service
Special Procedures
P.O. Box 7346
Philadelphia, PA 19101-7346


James and Barbara Baird
813 8th Street
Suite 300
Wichita Falls, TX 76301


JDF SF 1544
P.O. Box 650215
Dallas, TX 75265-0215

John Deere Financial
P.O. Box 650215
Dallas, TX 75265-0215


Link Feed Ingredient, LLC
1712 plains Avenue
Hereford, TX 79045


Lloyd's Machine Shop
114 Norton
Hereford, TX 79045


LOC-TITE


Loewen Welding & Manufacturing
P.O. Box 66
Stn Matsqul, Abottsford
BC V4X 342


M.B. McKee
2205 Ave E
Lubbock, TX 79404


McWhorter, Cobb and Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408


Miguel Dairy Services, Texas LP
P.O. Box 991
Hereford, TX 78045


Miguel Transport Inc
3972 US Highway 385
Hereford, TX 79045

MS Biotec
9233 Park Meadow Dr
Ste. 108
Lone Tree, CO 80124


NAU Country Insurance Co.
P.O. Box 860057
Minneapolis, MN 55486-0057


Nutrient AG Services
P.O. Box 1416
Dumas, TX 79029


Pete and Nova Schouten
3728 County Road
Hico, TX 76457


PHI Financial Services, Inc
P.O. Box 733260
Dallas, TX 75373-3260


Quilling, Selander lownds, Winslett
& Moser, P.C.
Bryan Tower 2001 Bryan St., Ste. 1800
Dallas, TX 75201


Reinhert Hay Company, LLC
P.O. Box 16
Dawn, TX 79025


Richardson Seeds
3095 CR 26
Vega, TX 79092


Simplot Grower Solutions
P.O. Box 1588
Dumas, TX 79029-1568

Skyland Grain, LLC


Specialized Dairy Service Inc
1710 E. Philadelphia Street
Ontario, CA 91761


Specialty Sales, LLC
4672 E. Drummond Avenue
Fresno, CA 93725


Texas Bearing Co. of Amarillo
412 S Jackson St
Amarillo, TX 79101


The Pump House
P.O. Box 1188
Hereford, TX 79045


The Smart Block LLC
1131 CR  7
Clovis, NM 88101


Tireworks, Inc
420 W. 1st Street
Hereford, TX 79045


Top of Texas, Inc
P.O. Box 233
Hereford, TX 79045


Underwood Law Firm, LLC
P.O. Box 9158
Amarillo, TX 79105

Unruh Hay Co.
2036 30th Road
Copeland, KS 67837


Valley Agriculture Software
P.O. Box 740729
Los Angeles, CA 90074-0729


Vance Miniger
1185 FM 1172
Friona, TX 79035


Veterinarians Outlet, Inc.
975 N. Patrick
Dublin, TX 76446


Viterra USA Ingredients
P.O. Box 1593
Hereford, TX 79045


Watley Seed Co.
P.O. Box 51
Spearman, TX 79081


West Texas Rural Telephone Corp
3425 US Highway 385
Hereford, TX 79045


Western Edge
P.O. Box 423
Vega, TX 79092


Whiteface Aviation
P.O. Box 433
Hereford, TX 79045

Winget Pump & IRRG Inc.
3971 US Highway 60
Hereford, TX 79045


Zeba Quast Schouten
5 Sugar Shack Drive
West Lake Hills, TX 78746